**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-7170**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

SCOTT LEWIS RENDELMAN,

        Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. James K. Bredar, Chief District Judge.  (8:07-cr-00331-JKB-1)

---

Submitted:  February 22, 2024              Decided:  February 27, 2024

---

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Scott Lewis Rendelman, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Scott Lewis Rendelman appeals the district court's order denying his second 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. We review a district court's denial of a compassionate release motion for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021). We have reviewed the record and conclude that the district court did not abuse its discretion in denying Rendelman's motion, particularly in light of the previous opportunities afforded Rendelman to supplement the record with evidence supporting his motion. *See United States v. High*, 997 F.3d 181, 188-91 (4th Cir. 2021) (discussing amount of explanation required for denial of compassionate release motion). Accordingly, we affirm the district court's order. *United States v. Rendelman*, No. 8:07-cr-00331-JKB-1 (D. Md. May 18, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*